# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RACHEL L. MARSHALL, | : | |
| Plaintiff, | : | Case No. 3:13cv00393 |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington (by the parties' full consent) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | : : | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon the parties' Stipulation For An Award Of Attorney Fees Under The Equal Access to Justice Act (Doc. #22).  The parties agree that Plaintiff is entitled to an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412, in the total amount of $5,100.00 and costs in the amount of $400.00.  The parties also agree that such an award will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses in this case under the Equal Access to Justice Act.

Under the parties' agreement, any paid fees belong to Plaintiff and can be offset to satisfy pre-existing debt that she owes the United States.  *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Stipulation for Award Of Attorney Fees Under The Equal Access To Justice Act (Doc. #22) is accepted, and Defendant is directed to pay Plaintiff's attorney fees and costs under 28 U.S.C. §2412 in the total amount of $5,500.00;

2. Defendant is directed to verify, **within thirty days of this Decision and Entry**, whether or not Plaintiff owes a pre-existing debt to the United States subject to offset.  If no such pre-existing debt exists, Defendant shall pay the total award of $5,500.00 directly to Plaintiff's attorney;

3. Plaintiff's Motion for Attorney Fees (Doc. #21) is DENIED as moot; and

4. The case remains terminated on the Court's docket.

April 21, 2015

                s/Sharon L. Ovington
                 Sharon L. Ovington
              Chief United States Magistrate Judge